JONATHAN B. COLE (SBN 70460)
jcole@nemecek-cole.com
MATTHEW J. HAFEY (SBN 167122)
mhafey@nemecek-cole.com
NEMECEK & COLE
A Professional Corporation
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5344
Telephone: (818) 788-9500
Facsimile: (818) 501-0328

Attorneys for Plaintiff
JAMES RIVER INSURANCE COMPANY

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　Plaintiff,<br><br>-vs-<br><br>KEN WRIGHT, an individual; NATURE'S PURE BODY INSTITUTE, INC., a California corporation; INCUBATION LLC, a California LLC<br><br>　　　　Defendants.<br>_____<br>AND RELATED COUNTERCLAIM<br>_____ | Case No. CV 10-5465-AG(SHx)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

Having considered the Stipulation of counsel and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Complaint filed July 23, 2010 and the Counterclaim filed September 13, 2010 are hereby DISMISSED with prejudice, with each of the parties hereto to bear its own attorney's fees and court costs.

DATED: December 13, 2010

_____
UNITED STATES DISTRICT JUDGE
Andrew J. Guilford

-1-